

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-18-00165-CR

David **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0788-CR-A
Jessica Crawford, Judge Presiding

# O R D E R

On March 13, 2018, appellant filed two pro se notices of appeal. One of the notices states he is appealing the trial court's denial of his motion for bond reduction; the other notice states he is appealing from the trial court's denial of his motion to dismiss appointed counsel. This court has been advised by the Guadalupe District Clerk that there is currently no judgment of conviction against appellant, and it appears the orders from which appellant attempts to appeal are interlocutory and unappealable. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) (holding that courts of appeals do not have jurisdiction to review interlocutory orders unless jurisdiction has been expressly granted by law, and they do not have jurisdiction to review appeals from orders denying reduction or denial of pretrial bond); *Workman v. State*, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (1961) (stating that generally appellate court has jurisdiction of appeal by criminal defendant only after conviction).

We therefore **ORDER** that appellant may file, on or before **April 23, 2018** a response showing why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on appellant, appellant's counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.



KEITH E. HOTTLE,
Clerk of Court